```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

| | |
|---|---|
| **EDDIE LEE PUGH, # 339948,** | * |
| | * |
| Petitioner, | * |
| | * |
| vs. | * CIVIL ACTION NO. 25-00075-JB-B |
| | * |
| **CHRISTOPHER GORDY,** | * |
| | * |
| Respondent. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated April 17, 2025 (Doc. 7) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that Petitioner Eddie Lee Pugh's § 2254 habeas petition (Doc. 1) and this action are **DISMISSED without prejudice** for failure to prosecute and failure to obey the Court's order. Petitioner Pugh is **DENIED** a certificate of appealability, and the Court **CERTIFIES** that any appeal by Petitioner Pugh of the dismissal of the present § 2254 habeas petition would be without merit and therefore not taken in good faith, thus denying Petitioner Pugh entitlement to proceed *in forma pauperis* on appeal.

**DONE and ORDERED** this 12th day of May, 2025.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE