**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **EDDIE LEE PUGH, # 339948,** | * |
| | * |
| **Petitioner,** | * |
| | * |
| **vs.** | * **CIVIL ACTION NO. 25-00075-JB-B** |
| | * |
| **CHRISTOPHER GORDY,** | * |
| | * |
| **Respondent.** | * |

<u>**JUDGMENT**</u>

In accordance with the order entered on this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of the Respondent, Warden Christopher Gordy, and against the Petitioner, Eddie Lee Pugh, and that Petitioner Pugh's § 2254 habeas petition and this action be and are hereby **DISMISSED without prejudice.**

**DONE and ORDERED** this 12th day of May, 2025.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE